**Order entered June 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00034-CV

### JAMES LERMON, Appellant

### V.

### MINYARD FOOD STORES, INC., ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-02955-A**

## ORDER

We **GRANT** appellant's May 31, 2013 motion for an extension of time to file a reply brief. We **ORDER** the reply brief tendered to this Court by appellant on June 3, 2013 filed as of the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE